**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:  CASE NO: 14-40336

Jerry Lee Strange

SSN# : XXX-XX-5044

**TRUSTEE'S OBJECTION TO CLAIM**

**The undersigned Chapter 13 Trustee objects to the following proof of claim for the specific reason as set forth herein:**

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Filed Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 3 | 4 | Cerastes LLC | 7392 | $8,714.65 | $8,714.65 | U-Unsecured |

The debtor indicates that the property upon which the creditor claims a secured interest has been surrendered to the creditor.  The claim should be stricken, and the creditor allowed 180 days from the date of the entry of the order within which to file a general unsecured deficiency claim.

The trustee's objection is intended to resolve the treatment of the claim under the Chapter 13 plan.  It may not be determinative of the status of affected lien(s) upon discharge.

DATED:  February 09, 2015

Steven G. Tate
Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:
Jerry Lee Strange                                            CASE NO: 14-40336

SSN# :   XXX-XX-5044

**NOTICE OF OPPORTUNITY FOR HEARING**

The Chapter 13 trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to eliminate or change your claim, then you or your attorney must file with the court a written response to the objection, explaining your position, and a request for a hearing by February 23, 2015 at the following address:

> CLERK, U.S. BANKRUPTCY COURT
> 401 W Trade St Room 111
> Charlotte, NC  28202

If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

You must also mail a copy of your response to the debtor's attorney at the following mailing address:

ROBERT H LUTZ
Lutz Law Firm PLLC
310-8 E Graham St
Shelby, NC  28150

If you file a response, then a hearing on the trustee's objection will be held at the following time and place:

Date: March 27, 2015                Time:  9:30 AM

Location:    Cleveland County Courthouse
             Courtroom #5
             Shelby , NC 28151

**No hearing will be held unless a response is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Dated: February 09, 2015                                        Steven G. Tate
                                                                Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:  CASE NO: 14-40336
Jerry Lee Strange

SSN# : XXX-XX-5044

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 2/9/2015.

J. Safley
Office of the Chapter 13 Trustee

Cerastes LLC, c/o Weinstein Pinson and Riley PS, 2001 Western Avenue Ste 400, Seattle, WA  98121
Cerastes LLC, c/o Weinstein Pinson and Riley PS, PO Box 3978, Seattle, WA  98124
Jerry Lee Strange, 2327 Camp Creek Church Road, Mooresboro, NC  28114