



J. Craig Whitley
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:

Jerry Lee Strange                                               Chapter 13
                                                                CASE NO:   14-40336
SSN#: XXX-XX-5044                                               Related Document # :  14

**ORDER**

ON 03/27/2015,  AFTER NOTICE, THIS MATTER CAME ON FOR CONSIDERATION WITHOUT PROTEST UPON: Trustee's Objection to the claim of  Cerastes LLC in the amount of $8714.65  (Trustee claim 3, Court claim 4 )

**AND, THIS COURT FINDS** that:
[ X ] The debtor has surrendered to the creditor the collateral alleged to secure the creditor's claim.

**IT IS, THEREFORE, ORDERED** that:
[ X ] The objection to claim is sustained; the claim of the creditor is stricken and the creditor has 180 days from the date of the entry of the order sustaining the objection within which to file a general unsecured deficiency claim.

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

J. Craig Whitley
UNITED STATES BANKRUPTCY JUDGE

{:20150330145738:}